**DOUGLAS DYNAMICS, LLC,**
**Plaintiff–Appellant,**

v.

**BUYERS PRODUCTS COMPANY,**
**Defendant–Appellee.**

**No. 2011–1291.**

United States Court of Appeals,
Federal Circuit.

May 16, 2011.

Aaron T. Olejniczak, Andrus, Sceales, Starke & Sawall, Milwaukee, WI, for Plaintiff–Appellant.

Joshua M. Ryland, Renner, Otto, Boisselle & Sklar, Cleveland, OH, for Defendant–Appellee.

**ON MOTION**

**ORDER**

The parties move jointly to deactivate this appeal pending the district court's disposition of a motion for sanctions.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the briefing schedule is stayed. The parties are directed to inform the court within 14 days of the disposition of the pending motion concerning how they believe that this appeal should proceed.